Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>              Plaintiff,<br><br>vs.<br><br>Symmetry Financial Group, LLC,<br><br><br>Defendant. | Case No.: CV-24-00108-PHX-SMB<br><br>Notice of Service of Order (Doc. 8) Dated January 19, 2024. |

Plaintiff hereby notifies the court that pursuant to its January 19, 2024, order (Doc. 8) a copy of the same has been served to all defendants.

RESPECTFULLY SUBMITTED on this January 29, 2024.

                                                          Jason Crews

COMPLAINT- 1