Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. CV-24-00108-PHX-SMB |
| Plaintiff, | Notice of Dismissal With Prejudice |
| v. | Judge:  Hon. Susan M. Brnovich |
| Symmetry Financial Group, LLC | |
| Defendants. | |

With Defendant Symmetry Financial Group, LLC neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. Bailey v. Shell Western E&P, Inc., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

Dated this March 21, 2024.

/s/*Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court
electronically via CM/ECF this same date.

By:                    /s/*Jason Crews*
                _____
           Jason Crews